USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/20/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CALIFORNIA FRANCHISE TAX BOARD,<br><br>Plaintiff,<br><br>-against-<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION *as receiver for Signature Bank*,<br><br>Defendant. | 1:24-cv-683 (MKV)<br><br>**ORDER OF DISMISSAL** |

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of a letter filed by the parties informing the Court that the parties have reached an agreement in principle to resolve this litigation. [ECF No. 46]. Accordingly, IT IS HEREBY ORDERED that the motion to dismiss pending at docket entry 31 is DENIED without prejudice as moot. IT IS FURTHER ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the parties are unable to memorialize their settlement in writing and as long as the application to restore the action is made by August 4, 2025. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

The Clerk of Court is respectfully requested to terminate the motions pending at docket entries 31 and 46.

**SO ORDERED.**

**Date: June 20, 2025**
**New York, NY**

*[signature: Mary Kay Vyskocil]*

**MARY KAY VYSKOCIL**
**United States District Judge**